**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 99-7086**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JEFFREY V. TURNER,

Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Southern District of Virginia, at Huntington. Robert J. Staker, Senior District Judge. (CR-90-225, CA-96-293-3)

─────────────

Submitted: September 30, 1999          Decided: October 8, 1999

─────────────

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Jeffrey V. Turner, Appellant Pro Se. Michael Lee Keller, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, West Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jeffrey V. Turner seeks to appeal the district court's order denying his "motion for correction of clerical error made by inadvertence or mistake and to proceed on notice of appeal from the district court." We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Turner, Nos. CR-90-225; CA-96-293-3 (S.D.W. Va. June 4, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED